## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

**YENI PONCE AGUIRRE,**

**Plaintiff,**

v.

**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,**

**Defendant.**

**Case No. 21-2058-JAR-ADM**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation filed on May 20, 2021 (Doc. 4).  Fourteen days having passed, and no written objections being filed to the proposed findings and recommendations by Magistrate Judge Angel D. Mitchell, and after a de novo determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts the recommended decision and adopts it as its own.

**IT IS THEREFORE ORDERED BY THE COURT** that in accordance with the May 20, 2021 Report and Recommendation (Doc. 4), this case is **dismissed without prejudice** pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

Dated: June 8, 2021

JAR sig.
JULIE A. ROBINSON
CHIEF UNITED STATES DISTRICT JUDGE